IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAFAEL ALVAREZ-HERNANDEZ,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

MOTION TO VACATE
28 U.S.C. § 2255

CRIMINAL ACTION NO.
1:05-CR-0438-SCJ-01

CIVIL ACTION NO.
1:26-CV-6298-SCJ-CMS

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Catherine M. Salinas [Doc. 164], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Movant Rafael Alvarez-Hernandez's *pro se* Motion to Vacate under 28 U.S.C. § 2255 [Doc. 117] is **DENIED** for lack of subject matter jurisdiction. It is It is **FURTHER ORDERED** that civil action number 1:26-CV-6298-SCJ-CMS is **DISMISSED**.

**IT IS SO ORDERED**, this 23rd day of November, 2026.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE